IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RAYMOND LLOYD WALLACE                                                                 PLAINTIFF

vs.                                       Civil No. 6:07-cv-06048

MICHAEL J. ASTRUE                                                                           DEFENDANT
Commissioner, Social Security Administration

# ORDER

For the reasons stated in a memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED this 11th day of June 2008.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE